# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| TANYA PANGELINAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; <br>     *Plaintiff* <br><br> -vs- <br><br> MERCHANTS & PROFESSIONAL CREDIT BUREAU, INC., JOHN DOES 1-25, <br>     *Defendants* | §§§§§§§§§§§§§ | W-18-CV-00135-ADA |

## ORDER

Came on for consideration the status of the above-referenced action. On February 28, 2019, the parties filed a Joint Stipulation of Dismissal. ECF No. 14. Accordingly, the Court **ORDERS** that the instant federal action be administratively closed. This Order is issued solely for docket control purposes. The Clerk's Office is directed to administratively close the above-referenced case.

**SIGNED** this 5th day of March, 2019.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE